# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-2601
_____

DOUGLAS TARON EDWARDS,

Petitioner,

v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections,

Respondent.

_____

Petition for Writ of Certiorari—Original Proceeding.


January 6, 2025


PER CURIAM.

DISMISSED.

KELSEY, M.K. THOMAS, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Douglas Taron Edwards, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee; Dan Johnson, General Counsel, and Kelly R. Forren, Assistant General Counsel, Department of Corrections, Tallahassee, for Respondent.